## JAMES WELSH

*v.*

## WILLIAM D. JOHNSON.

REMITTITUR *in Supreme Court—costs.* Where judgment in the circuit court was rendered for too large a sum upon a promissory note, and the appellee, the plaintiff below, on appeal to this court, and on the first day of the term, entered a *remittitur* for the excess above the true amount, the judgment was affirmed, the costs in this court being taxed against the appellee.

APPEAL from the Circuit Court of McLean county; the Hon. THOMAS F. TIPTON, Judge, presiding.

This was an action of assumpsit, by William D. Johnson, against James Welsh, upon a promissory note. The court, in assessing the plaintiff's damages, found $28.10 more than was due on the note, which was assigned for error. The appellee, on the first day of this term of this court, appeared and remitted $28.10 of the judgment.

Mr. O. T. REEVES, for the appellant.

Messrs. ROWELL & HAMILTON, for the appellee.

.Per CURIAM: The only error complained of, is, that the judgment was for too much by $28.10. The appellee, on the first day of the term, entered a *remittitur* of that amount, thus curing the error complained of. The judgment will, therefore, be affirmed, and the costs in this court will be taxed against appellee.

*Judgment affirmed.*